UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff

v.	Case No. 26-30072
Originating No. 25CR00154

**ELIZABETH JANE CUMPER**

       Defendant.

_____/

## GOVERNMENT'S PETITION FOR TRANSFER OF DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **ELIZABETH JANE CUMPER** to answer charges pending in another federal district, and states:

1. On **February 11, 2026**, the defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrant issued in the **Southern District of West Virginia based on an Indictment**.  **The defendant is charged in that district with violating 21 USC Sections 846 and 841(a)(1)(A) – conspiracy to distribute methamphetamine and fentanyl and aiding and abetting in the distribution of 50 grams or more of methamphetamine mix.**

2. Rule 5 requires this Court to determine whether the defendant is the person named in the arrest warrant, Fed. R. Crim. P. 5(c)(3)(D)(ii); whether the defendant is

entitled to a preliminary hearing, Fed. R. Crim. P. 5(c)(3)(C); and whether the defendant should be detained, Fed. R. Crim. P. 5(d)(3).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

JEROME F. GORGON, JR.
United States Attorney


*s/ Louis Meizlish*
LOUIS MEIZLISH
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: February 11, 2026